IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 16 B 05034 |
| TANISHA N. AKIN, and | Chapter 13 |
| TYRONE E. AKIN, | |
| Debtors. | Hon. Janet S. Baer |

## AGREED ORDER CONDITIONING AUTOMATIC STAY AND CO-DEBTOR STAY

This cause coming before the Court upon the Motion of SANTANDER CONSUMER USA INC. ("Santander") to Modify Automatic Stay and Co-debtor Stay, due notice having been given, the parties being in agreement, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1. Santander's Motion to Modify Automatic Stay and Co-Debtor Stay is granted, in part, and withdrawn, in part, subject to the conditions of this Order;

2. That if not already provided, Tanisha N. Akin and Tyrone E. Akin ("Debtors"), agree to provide Santander with proof of insurance for the 2011 Chevrolet Malibu motor vehicle bearing a Vehicle Identification Number of 1G1ZB5E1XBF357534 (the "Vehicle"), which is the subject of its Motion to Modify Automatic Stay and Co-debtor Stay, *instanter*;

3. That Debtors agree that they or non-filing co-buyer, Linda Gater ("Co-Debtor"), will at all times maintain valid insurance on the Vehicle wherein Santander is listed as the lienholder/loss payee and agrees to provide Santander with proof of same without demand;

4. That in the event Debtors converts this case to one under Chapter 7, or fails to tender payment to Santander pursuant to the Chapter 13 Plan and Debtors' and Co-Debtor's Retail Installment Contract with Santander, to the extent that said non-payment results in a default in Debtors' and Co-Debtor's payment obligations thereunder to Santander of two (2) or more monthly payments, or otherwise fails to comply with any of the other terms or conditions of this Order, such failure shall constitute a default by Debtors of the provisions of this Order as to Santander, which shall have the right to take possession of and foreclose its security interest in the Vehicle as provided by Illinois law and statute without having to seek leave of Court to modify the automatic stay and co-debtor stay in these proceedings if such default is not cured within fourteen (14) days of notice to Debtors and counsel by Santander;

5.    If applicable, upon modification of the automatic stay and co-debtor stay as outline above, and after Santander has foreclosed its security interest in the Vehicle, Santander shall be allowed an amended, unsecured claim for any deficiency balance remaining.

AGREED:

_____
JOHN ELLMANN
On behalf of Debtors, Tanisha N. Akin and Tyrone E. Akin

_____
Cari A. Kauffman, Esq.
On behalf of Santander Consumer USA Inc.

ENTER:

_____  3/9/17
Judge: Janet S. Baer

**Prepared by counsel for Movant:**
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535
(312) 332-3545 (facsimile)

Santander/Akin/Agreed Order