IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 16 B 05034 |
| | ) | |
| TANISHA N. AKIN, and | ) | Chapter 13 |
| TYRONE E. AKIN, | ) | |
| Debtors, | ) | Hon. Janet S. Baer |

**NOTICE OF DEFAULT BY DEBTORS WITH REGARD TO
MARCH 9, 2017 AGREED ORDER CONDITIONING AUTOMATIC STAY
AS TO SANTANDER CONSUMER USA INC.**

VIA ELECTRONIC NOTICE

| | | |
|---|---|---|
| To: | Tom Vaughn (Trustee) | David M. Siegel, Esq. (Debtors' Counsel) |
| | 55 East Monroe Street, Suite 3850 | David M. Siegel & Associates |
| | Chicago, Illinois 60603 | 790 Chaddick Drive |
| | | Wheeling, Illinois 60090 |

VIA U.S. MAIL
To:   Tanisha N. Akin & Tyrone E. Akin (Debtors)
      1030 East Galena Bouelvard
      Aurora, Illinois 60505

Re:   SANTANDER CONSUMER USA INC.
      Account No. *****5697
      2011 Chevrolet Malibu, Vin: 1G1ZB5E1XBF357534

Please be advised that Tanisha N. Akin and Tyrone E. Akin ("Debtors") have failed to maintain direct monthly payments to Santander Consumer USA Inc. ("Santander") for the above referenced motor vehicle as required under 11 U.S.C. §362 and the agreement with Santander as set forth in the March 9, 2017 Agreed Order Conditioning the Automatic Stay as to Santander. Debtors must cure the delinquency within fourteen (14) days from the date of this Notice and provide proof of the cure to the undersigned and Debtors' counsel within fourteen (14) days from the date of this Notice.

**IF DEBTORS FAIL TO PROVIDE PROOF THAT DIRECT PAYMENTS TO SANTANDER ARE CURRENT AND FAIL TO FILE A NOTICE OF CURE WITHIN FOURTEEN (14) DAYS, THE AUTOMATIC STAY WILL TERMINATE WITHOUT FURTHER NOTICE OR ORDER AND SANTANDER MAY REPOSSESS AND SELL THE ABOVE-IDENTIFIED VEHICLE**

                Respectfully submitted,

                SANTANDER CONSUMER USA INC.,
                Creditor,

                By:     /s/ Cari A. Kauffman
                One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Default upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on this 29th day of March, 2018, before the hour of 5:00 p.m.

                   /s/ Cari A. Kauffman